# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:17-cv-03108-RFB-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| MANUEL HERNANDEZ, et al., | |
| Defendants. | |

Presently before the court is plaintiff Bank of America, N.A.'s motion to exclude undisclosed witnesses and documents (ECF No. 29), filed on August 27, 2018. Defendant Manuel Hernandez has not filed a response.

Also before the court is plaintiff's motion for attorney's fees and costs (ECF No. 30), filed on August 27, 2018. Defendant has not filed a response.

Plaintiff moves to exclude defendant's undisclosed witnesses and documents. Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to granting of the motion." The court will therefore grant plaintiff's motion to exclude defendant's undisclosed witnesses and documents. In light of this disposition, the court declines to further award attorney's fees.

IT IS THEREFORE ORDERED that plaintiff's motion to exclude defendant's undisclosed witnesses and documents (ECF No. 29) is GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion for attorney's fees and costs (ECF No. 30) is DENIED.

DATED: September 20, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE